UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
IN RE:                                          :
                                                :
RUSTY HAYNES,                                   :
                    Debtor.                     :                **ORDER**
--------------------------------------------------------------x
RUSTY HAYNES, Debtor and Plaintiff on           :                18 CV 3307 (VB)
behalf of himself and all others similarly      :
situated,                                       :
                    Plaintiff,                  :
v.                                              :
                                                :
CHASE BANK USA, N.A.,                           :
                    Defendant.                  :
--------------------------------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-1-18
```

The parties' joint motion to withdraw to this Court the reference of the class action adversary proceeding, Adv. Proc. No. 13-08370 (RDD), to the Bankruptcy Court (Doc. #1), is GRANTED for the reasons set forth in the joint motion. 28 U.S.C. § 157(d).

Having granted the motion to withdraw the reference, it is further hereby ORDERED:

1. The motion for final approval of the class action settlement shall be filed by August 6, 2018;

2. Any response to the motion for final approval shall be filed by August 13, 2018; and

3. The hearing on final approval of the class action settlement shall be held on August 20, 2018, at 2:00 p.m.

The Clerk is instructed to terminate the motion. (Doc. #1).

Dated: May 1, 2018
       White Plains, NY

                                                      SO ORDERED:

                                                      _____
                                                      Vincent L. Briccetti
                                                      United States District Judge